# Court of Appeals
# of the State of Georgia

ATLANTA, December 03, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0133. ALLEN ALPHONZO ADAMS v. THE STATE.**

Allen Adams pled guilty in 1992 to two counts of sale of cocaine. He filed a pro se out-of-time motion to withdraw his guilty plea. The trial court denied his motion, and Adams filed an application for discretionary appeal with the Supreme Court, which transferred the case to us.

Orders resolving out-of-time motions to withdraw guilty pleas have been treated by our Supreme Court as directly appealable. See *Ellison v. State*, 283 Ga. 461 (660 SE2d 373) (2008); *Smith v. State*, 283 Ga. 376 (659 SE2d 380) (2008). Accordingly, based on the limited information included in this application, it appears that the trial court's order is subject to direct appeal.

We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Adams shall have ten days from the date of this order to file a notice of appeal with the trial court. If he has already filed a notice of appeal in the trial court, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 12/03/2013
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ , *Clerk.*